IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NICOLAS GRANT,<br><br>              Plaintiff,<br><br>  v.<br><br>CHARLOTTE'S WEB, INC.,<br><br>             Defendant. | Civil Action No. 1:25-cv-01148 |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Nicolas Grant filed the above-referenced case against Defendant Charlotte's Web, Inc., on June 11, 2025.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: August 14, 2025                         Respectfully Submitted,

                                                                         /s/ Benjamin Sweet
                                                                           Benjamin J. Sweet
                                                                           ben@nshmlaw.com
                                                                           **NYE, STIRLING, HALE, MILLER, &**
                                                                           **SWEET LLP**
                                                                           101 Pennsylvania Boulevard, Suite 2
                                                                           Pittsburgh, PA 15228

                                                                           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 14th day of August, 2025.

                                                                */s/ Benjamin J. Sweet*
                                                                  Benjamin J. Sweet